UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-61136-WPD

JULISA SUAREZ-LAU,

    Plaintiff,

v.

P.D.K.N. HOLDINGS, LLC, d/b/a
PDKN RESTAURANT GROUP,
P.D.K.N. P-7, LLC, and P.D.K.N.
P-7 OP., LLC, d/b/a THE BALCONY,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, Julisa Suarez-Lau, and the Defendants, P.D.K.N. Holdings, LLC, d/b/a PDKN Restaurant Group, P.D.K.N. P-7, LLC, and P.D.K.N. P-7 OP., LLC, d/b/a The Balcony, by and through their respective undersigned attorneys, pursuant to the Local Rules of the United States District Court for the Southern District of Florida, hereby notify this Honorable Court that the parties to this action have settled all claims and causes of action raised or that could have been raised in this action, which settlement requires the Parties to file a Stipulation for Dismissal with Prejudice with this Honorable Court upon execution of the settlement agreement.

Date: December 8, 2020.

Respectfully submitted,

s/ Michael L. Buckner                          s/ John P. Seiler

| | |
|---|---|
| Michael L. Buckner, Esquire | John P. Seiler, Esquire |
| Florida Bar No. 106331 | Florida Bar No. 776343) |
| Email: michaelbucknerlaw@gmail.com | E-mail: jseiler@sszrlaw.com |
| Buckner Legal Self-Help Program | Law Offices of Seiler Sautter Zaden Rimes & Wahlbrink |
| 5224 NW 96th Drive | 2850 North Andrews Avenue |
| Coral Springs, Florida 33076-2487 | Fort Lauderdale, Florida 33311 |
| Office: +1-954-347-0112 | Office: +1-954-568-7000 |
| *Attorney for the Plaintiff* | *Attorney for the Defendants* |

1